

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>Vanessa OBESO-Sanchez<br><br>            Defendant. | Magistrate Case No.: **'08 MJ 8361**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br><br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 28, 2008, within the Southern District of California, defendant Vanessa OBESO-Sanchez did knowingly and intentionally import approximately 37.16 kilograms (81.75 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 29th day of April 2008.

_____
PETER C. LEWIS
United States Magistrate-Judge

UNITED STATES OF AMERICA
v.
Vanessa OBESO-Sanchez

## STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to U. S. Immigration and Customs Enforcement Special Agent (SA) Russell H. Vensk, Jr.

On April 28, 2008, at approximately 1510 hours, OBESO, a citizen of Mexico, entered the U. S. at the Calexico, Ca. West Port of Entry. OBESO was the driver and sole occupant of a 1998 Pontiac Grand Am.

At primary, OBESO presented her DSP-150 for admission into the U. S. to Customs & Border Protection Officer (CBPO) J. Pina and stated she was going shopping in Calexico. CBPO Pina inspected the rear seat of the vehicle and noticed it was very hard when he pressed on it. CBPO Pina referred OBESO and the vehicle to secondary inspection.

In secondary, CBPO M. Aguilar discovered seven packages concealed within the vehicle. CBPO Aguilar probed one of the packages and extracted a green leafy substance, which he field-tested and which gave a positive indication for the presence of marijuana. The packages had a total weight of 37.16 kgs. (81.75 lbs.).