FILED

08 MAY 23 PM 3:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand   08-CR 1695   W

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| VANESSA OBESO-SANCHEZ, | ) Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. | ) Intent to Distribute |

The grand jury charges:

Count 1

On or about April 28, 2008, within the Southern District of California, defendant VANESSA OBESO-SANCHEZ did knowingly and intentionally import approximately 37.16 kilograms (approximately 81.75 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

JPME:em:Imperial
5/22/08

## Count 2

On or about April 28, 2008, within the Southern District of California, defendant VANESSA OBESO-SANCHEZ did knowingly and intentionally possess, with intent to distribute, approximately 37.16 kilograms (approximately 81.75 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

2