1 | **JOAN KERRY BADER**
California State Bar Number 172586
2 | 964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
3 | Telephone:  (619) 699-5995
Attorney for Defendant Obeso

FILED
08 JUN 19 PM 3:54
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                        DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Hon. THOMAS J. WHELAN))

NUNC PRO TUNC
JUN 13 2008

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 08cr1965TJW |
| v. ) | DEFENSE EXHIBIT 1 |
| VANESSA OBESO, ) | |
| Defendant. ) | |

**TO: KAREN HEWITT, UNITED STATES ATTORNEY;
ASSISTANT UNITED STATES ATTORNEY DALE BLANKENSHIP**

The defendant, Vanessa Obeso, by and through her attorney, has served the attached exhibit to accompany her Motion to Suppress Statements and Evidence and Request for Leave to File Further Motions on this day of June 10, 2008 on the United States Attorney's Office for the Southern District of California.

Dated: June 10, 2008

_____
Joan Kerry Bader, Attorney
For Vanessa Obeso

USA Vs Vanessa Obeso Sánchez; Kerry Bader, Attorney

Transcription/Translation of Digital Video Recording of U.S. Immigration and Customs Enforcement Interview of accused from DVD identified as 08mj8361

Officer Cárdenas: Before we ask you any more questions we're going to advise you of your rights

S.A. Vensk: Officer Cardenas is going to read them to you and you need to state out loud if you understand them, yes or no

Officer Cárdenas: O.k. I'm going to read them to you and you will state out loud if you understand them

Obeso Sánchez: Very well

S.A. Vensk: If you understand them I need you to place your initials beside each one

Officer Cárdenas: And if you understand them you must place your initials here

Obeso Sánchez: Initials?

Officer Cárdenas: Just initials; if you understand your rights or what I'm going to read you just place your initials here that you did understand o.k.?

Obeso Sánchez: That is, the word yes or no?

Officer Cárdenas: Yes but out loud you will tell me yes

Obeso Sánchez: O.k.

Officer Cárdenas: I understand and you will initial this

S.A. Vensk: If you don't understand anything just ask us and we'll try to explain it to you

Officer Cárdenas: And if you don't understand anything just ask us and we'll try to explain it to you, o.k.

Obeso Sánchez: Yes

S.A. Vensk: O.k., go ahead and start

4

USA Vs Vanessa Obeso Sánchez; Kerry Bader, Attorney

Transcription/Translation of Digital Video Recording of U.S. Immigration and Customs Enforcement Interview of accused from DVD identified as 08mj8361

Officer Cárdenas: Before we ask you any questions you must understand your rights. Do you understand that?

Obeso Sánchez: Yes. Do I write yes here?

Officer Cárdenas: Just put your initials here.

Obeso Sánchez: My initials?

Officer Cárdenas: Yes, your initials.

Obeso Sánchez: I don't understand

Officer Cárdenas: Your initials. What is your name?

Obeso Sánchez: Vanessa Obeso Sánchez

Officer Cárdenas: O.k., V, O,

Obeso Sánchez: O.k.

Officer Cárdenas: You have the right to remain silent. Did you understand that?

Obeso Sánchez: Yes

Officer Cárdenas: Anything you say may be used against you in a court of law or any other procedure

Obeso Sánchez: O.k.

Officer Cárdenas: You have the right to consult with an attorney before you make any declaration or answer any question.

Obeso Sánchez: O.k.

Officer Cárdenas: You have the right to have an attorney present with you during the interrogation

Obeso Sánchez: Yes

5

USA Vs Vanessa Obeso Sánchez; Kerry Bader, Attorney

Transcription/Translation of Digital Video Recording of U.S. Immigration and Customs Enforcement Interview of accused from DVD identified as 08mj8361

Officer Cárdenas: If you cannot afford an attorney one will be appointed to you before you answer any questions if you so desire

Obeso Sánchez: Yes

Officer Cárdenas: If you decide to answer our question at this time you still retain your right to stop the interrogation at any time or to stop the interrogation for the purpose of speaking to an attorney. So in other words if you answer our questions you have the right to stop answering at any time to consult with an attorney

Obeso Sánchez: O.k.

S.A. Vensk: O.k. Vanessa, we're going to ask you some questions about why you're here; you're here because you've been arrested for importing drugs into the United States

Officer Cárdenas: O.k., they want to ask you some questions about why you're here; you're here because you've been arrested for bringing in your possession narcotics into the United States

S.A. Vensk: You have the right to answer our question or not, that's your choice

Officer Cárdenas: You have the right to answer our question or not, that's your right

Obeso Sánchez: Uh huh

S.A. Vensk: I need to know now if your want to answer any questions

Officer Cárdenas: They need to know now if your want to answer any questions

Obeso Sánchez: Yes

S.A. Vensk: I need her to read this paragraph out loud

Officer Cárdenas: He needs you read this paragraph out loud

6

USA Vs Vanessa Obeso Sánchez; Kerry Bader, Attorney

Transcription/Translation of Digital Video Recording of U.S. Immigration and Customs Enforcement Interview of accused from DVD identified as 08mj8361

Obeso Sánchez: I have been read and explained this declaration of my rights and understand these rights completely. I waive my rights freely and I have not been coerced or threatened in any way or promised any compensation. I (unintelligible) at 1520 hours on April 28, 2008 and I have signed this document at 2107 on the same date.

S.A. Vensk: O.k. I need her to write her name here and then sign it.

Obeso Sánchez: Is my answering these questions going to expedite this in any way or should I wait for the attorney? I don't know

Officer Cárdenas: Well, it's like I explained it to you earlier and you understood, anything you say can be used in a court of law or any other procedure. She wants to know if, I guess she's trying to figure out if she's going to answer or if she's going to wait for a lawyer. Do you want to answer or do you want an attorney?

Obeso Sánchez: Well, an attorney so he can advise me regarding all this because the truth is I don't know. I don't know how much this can help me or harm me.

Officer Cárdenas: She wants to know how, if she can have a lawyer present; she wants to know how much she's going to be involved in this or if she's, going to, if this is going to benefit her or implicate her even more.

S.A. Vensk: We can't give her advice on whether this is going to help her or hurt her

Officer Cárdenas: Uh huh

S.A. Vensk: O.k., will you tell her that?

Officer Cárdenas: We can't give you an... a defense as to whether this is going to harm you or bene, how did you say that?

Obeso Sánchez: Benefit

Officer Cárdenas: Benefit you; we can't give you that answer

S.A. Vensk: Are you done?

7

USA Vs Vanessa Obeso Sánchez; Kerry Bader, Attorney

Transcription/Translation of Digital Video Recording of U.S. Immigration and Customs Enforcement Interview of accused from DVD identified as 08mj8361

Officer Cárdenas: That is your decision

S.A. Vensk: But this is her chance to tell her side of the story. It's the only chance she's going to talk to us.

Officer Cárdenas: This is the only time you're going to have a chance to explain your side of the story.

Obeso Sánchez: O.k., then in that case, yes.
Officer Cárdenas: That is why we have this procedure. This is the only time you're going to have the chance to say, this is what happened regarding me, from my side.

Obeso Sánchez: O.k., then

Officer Cárdenas: So you need to write your name and then sign here.

S.A. Vensk: O.k., I need you to sign. O.k., Vanessa since you agreed to talk to us, the first thing I'm going to ask you is to be truthful and honest with us.

Officer Cárdenas: O.k., since you agreed to talk to them, you need to be honest, o.k.?

Obeso Sánchez: (Nods yes)

S.A. Vensk: If she starts lying to us we'll know

Officer Cárdenas: If you start lying they will know

Obeso Sánchez: O.k.

S.A. Vensk: So, can you tell me how you became involved in smuggling drugs into the country?

Officer Cárdenas: Can you tell him how you began to, how do you say that?

Obeso Sánchez: How I got into this?

8